Matthew R. Schoech, Esq. (SBN 234774)
**SCHOECH LAW GROUP, PC**
4020 Lennane Drive, Suite 102
Sacramento, CA 95834
Telephone: (916) 569-1940
Facsimile: (916) 569-1939

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRCT OF CALIFORNIA**

| | |
|---|---|
| GARY CAMPBELL and CATHERINE CAMPBELL,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTRACTORS BONDING AND INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 1:16-cv-00389-LJO-BAM<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and L.R. 143, plaintiffs Gary Campbell and Catherine Campbell, and defendant Contractors Bonding Insurance Company, by and through their respective attorneys of record, hereby stipulate and agree to the Dismissal With Prejudice of this action in its entirety, including all claims and counterclaims stated herein against all parties, with each party to bear its own costs and attorneys' fees.

DATED: June __, 2016                    SCHOECH LAW GROUP, PC


                                   By: /s/ Matthew R. Schoech_____
                                        MATTHEW R. SCHOECH
                                        Attorneys for Plaintiffs
                                        GARY & CATHERINE CAMPBELL


DATED: June 17, 2016                    MORISON & PROUGH, LLP

1

By: /s/ Dean C. Burnick_____
 DEAN C. BURNICK
 Attorneys for Defendant
 CONTRACTORS BONDING AND
 INSURANCE COMPANY

## **ORDER**

**IT IS SO ORDERED.** This action, including all claims and counterclaims stated herein against all parties, is hereby dismissed in its entirety and with prejudice, each side to bear their own costs and fees.

IT IS SO ORDERED.

Dated: __**June 20, 2016**__           __/s/ Lawrence J. O'Neill__
           UNITED STATES CHIEF DISTRICT JUDGE

2